IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MM EDUCATION LLC,
MOHAMMED JAFFER and YASEEN
JAFFER,

       Plaintiffs,

  v.

TODD BARNHARDT,
NOUSHA SABET,
LMLC MANAGEMENT, LLC,
and LMLC FRANCHISING, LLC,

       Defendants.

Case No.  19-cv-824-wmc

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/15/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |